UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER VANHORN and MATTHEW VANHORN,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AMERICAN STRATEGIC INSURANCE CORP.,**<br><br>Defendant. | 2:21-CV-11881-TGB-EAS |

## JUDGMENT

In accordance with the Order entered on this date, **GRANTING** American Strategic Insurance Corp.'s Motion for Summary Judgment, it is **ORDERED AND ADJUDGED** that judgment is entered in favor of American Strategic Insurance Corp., and Plaintiffs' case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan: January 31, 2023.

                                                      KINIKIA ESSIX
                                                      CLERK OF THE COURT

                                                      s/A. Chubb
                                                      Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE